Adam Coppa #180398
Name and Prisoner/Booking Number

A.S.P.C. Yuma / Cheyenne
Place of Confinement

P.O. Box 8909
Mailing Address

San Luis, AZ 85349
City, State, Zip Code

```
          FILED      ___ LODGED
___ RECEIVED  ___ COPY

          JAN 0 8 2018

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adam J. Coppa
(Full Name of Plaintiff)                    Plaintiff,

vs.

(1) Motel / Hotel 6
(Full Name of Defendant)

(2) Urban Tactical Security

(3) _____

(4) _____
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-18-00064-PHX-DJH-DKD
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Travel Inn, Phoenix

**550/555**

Revised 5/1/2013                    1

## B. DEFENDANTS

1. Name of first Defendant: **Hotel/Motel 6**. The first Defendant is employed as: **Business** (Position and Title) at **Motel/Hotel 6** (Institution).

2. Name of second Defendant: **Urban Tactical Security**. The second Defendant is employed as: **Security** (Position and Title) at **Motel/Hotel 6** (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
(Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
(Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Amendment XIV Section 1 of the US Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Feb 17th 2016 I was rammed by the Urban Tactical security patrol car well in the parking lot of the Motel/Hotel 6. I was followed off the property by security to the Travel Inn. I was maced, shot by a taser gun and maced again to be detained. I was handcuffed with no warrants out for arrest as a suspect for robbery of Motel/Hotel 6's lobby. Urban Tactical Security did not wait for police or respond back to the lobby were the robbery was reported. Motel/Hotel 6 was not using there security window it was 2:30am & Urban Tactical security states that they had not witnessed me go in or come out of the lobby.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was knocked unconcious & suffered trama to my neck. I had bruising an have back pain, spasms. I have contracted TB and repetive skin irritation.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: Section 6 of the Arizona State Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Feb 17th 2016 a robbery was reported by the clerk of Motel/Hotel 6 the security window was not in use at 2:30am and nothing was stolen. Being in the parking lot I became the suspect of robbery I was followed back to my room @ the Travel Inn. Well attempting to enter my room I was told to get on the ground. I refused making a statement refusing and was maced repetively and shot with a taser. I had not shown a threat when security got out of there car following incorrect information from there night clerk.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Due to the circumstances of my arrest I was ruled incompetent to stand trial an put thru a restoration making me non-compliant and incompetent without medication.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Amendment IV of the United States Constitution.

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Feb 17th 2016, in the parking lot of Motel/Hotel 6 I was approached with hostility by these security guards. I was followed to the Travel Inn after being chased off Motel/Hotel 6's property by two security guards. Urban Tactical Security used non-lethal force to detain me with no physical witness or evidence that I had robbed the Motel/Hotel 6 lobby. I had been renting a room at the Travel Inn, I had no vision when police arrived with me in handcuffs. I had no warrants out and was found not to be on probation or parole.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was incarcerated kept from work unable to provide for myself. I was dependant and suffered a cronic cough and mal-nutrition and had night sweats.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Punitive damages for liability for all recoverable loss applicable under law, in the amount of 15 million dollars for future and past medical costs as a result of Motel/Hotel 6o employees call for assistance leading too my arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/3/18__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6